## RICHARDSON v. THE STATE.

(Decided January 18, 1917.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

FINCH & PENNINGTON, for appellant.   W. L. MARTIN, Attorney General, for the State.

Per curiam.   Appeal dismissed by appellant.

---

## RIVERS v. THE STATE.

(Decided January 30, 1917.)

APPEAL from Covington Circuit Court.

Heard before Hon. A. B. FOSTER.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

Per curiam.   Affirmed on certificate.

---

## ROBERTSON v. SMITH.

(Decided January 9, 1917.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

ROBERT J. WHEELER, for appellant.   JOS. J. ROBINSON, for appellee.

BROWN, J.—Affirmed on certificate.

---

## SANDERS v. THE STATE.

(Decided January 30, 1917.)

APPEAL from Coffee Circuit Court.

Heard before Hon. A. B. FOSTER.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—No bill of exceptions and no error of record. Affirmed.